JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MANUEL M. L., | ) | NO. EDCV 21-146-KS |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| COMMISIONER OF SOCIAL SECURITY ADMINISTRATION, | ) ) | |
| Defendant. | ) | |

Pursuant to the Court's Memorandum Opinion and Order, IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is affirmed and the above-captioned action is dismissed with prejudice.

DATE: August 23, 2022

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE